**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :          Chapter 13
      Jeanette V. Houston          :
          Debtor(s)          :
                     :          Bankruptcy No. 15-15774-SR

* * * * * * *

**HEARING TO BE HELD:**
**Date:   October 5, 2016**
**Time:   10:00 a.m.**
**Place:  United States Bankruptcy Court**
**Courtroom #4**
**900 Market Street**
**Philadelphia, PA  19107-4295**

* * * * * * *

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor(s), Jeanette V. Houston, has filed a Motion To Modify Chapter 13 Plan After Confirmation Pursuant to 11 U.S.C. §1329 and L.B.R 3015(b)(1).

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 21, 2016, you or your attorney must do ALL of the following:

      (a)      file an answer explaining your position at

      U.S. Bankruptcy Court
      Clerk's Office
      United States Courthouse
      900 Market Street
      Philadelphia, Pennsylvania  19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

        Mike Gumbel, Esq.
        For Debtor(s)
        Bainbridge Law Center
        850 South 2nd Street
        Philadelphia, Pennsylvania  19147
        Phone No.:  (215) 592-1899
        Fax No.:     (215) 592-8868

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge, on Wednesday, October 5, 2016, at 10:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107-4295.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  September 6, 2016