**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Jeanette V. Houston | : | |
|     Debtor(s) | : | |
| | : | Bankruptcy No. 15-15774-SR |

**ORDER**

**AND NOW,** this _____ day of _____, 2016, upon consideration of Debtor's Motion To Modify Chapter 13 Plan After Confirmation, and any response thereto,

It is hereby **ORDERED** and **DECREED** that Debtor's Motion is **GRANTED** and Debtor shall be permitted to modify her Chapter 13 Plan in accordance with Exhibit "B" attached to his Motion.

**Date: October 5, 2016**

_____
**HONORABLE STEPHEN RASLAVICH
U. S. BANKRUPTCY JUDGE**

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

All Creditors on Master Mailing List

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Frederick L. Reigle, Esquire
Bankruptcy Trustee
2901 St. Lawrence Ave
PO Box 4010
Reading, PA 19606