United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeanette V. Houston  
      Debtor

Case No. 15-15774-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 05, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.  
db            +Jeanette V. Houston,   6523 Ogontz Avenue,   Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                         Signature:   <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         MICHAEL   GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer  
          Services mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Jeanette V. Houston | : | |
|    Debtor(s) | : | |
| | : | Bankruptcy No. 15-15774-SR |

**ORDER**

**AND NOW,** this _____ day of _____, 2016, upon consideration of Debtor's Motion To Modify Chapter 13 Plan After Confirmation, and any response thereto,

It is hereby **ORDERED** and **DECREED** that Debtor's Motion is **GRANTED** and Debtor shall be permitted to modify her Chapter 13 Plan in accordance with Exhibit "B" attached to his Motion.

**Date: October 5, 2016**

_____
**HONORABLE STEPHEN RASLAVICH**
**U. S. BANKRUPTCY JUDGE**

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Bankruptcy Trustee
2901 St. Lawrence Ave
PO Box 4010
Reading, PA 19606

All Creditors on Master Mailing List