**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Jeanette V. Houston | : | |
|         Debtor(s) | : | |
| | : | Bankruptcy No. 15-15774-SR |

## CERTIFICATION OF NO OBJECTION

I hereby certify that no objection to Counsel's Supplemental Application for Compensation has been filed.

I further certify that no other applications for administrative expenses have been filed.

                                            /s/ Mike Gumbel
                                            MIKE GUMBEL, ESQ.
                                            Attorney for Debtor(s)
                                            Identification No. 209050
                                            Bainbridge Law Center
                                            850 South 2nd Street
                                            Philadelphia, PA 19147
                                            215-592-1899

Date: 11/2/16