**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
|     Jeanette V. Houston | : |
|     Debtor(s) | : |
| | : Bankruptcy No. 15-15774-SR |

**ORDER**

**AND NOW,** this _____ day of _____, 2016, upon consideration of the Supplemental Application For Compensation filed by Mike Gumbel, Counsel for Debtors, and any response thereto, said Application is GRANTED and Mike Gumbel is awarded the sum of $500.00 in additional post-confirmation attorneys' fees to be paid by the Chapter 13 Trustee.

**BY THE COURT:**

_____
**HONORABLE STEPHEN RASLAVICH,**
**U.S. BANKRUPTCY JUDGE**

Dated: November 4, 2016

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Bankruptcy Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA  19147

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126