United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jeanette V. Houston  
      Debtor

Case No. 15-15774-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Nov 04, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.  
db          +Jeanette V. Houston,    6523 Ogontz Avenue,    Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MICHAEL GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13
    Jeanette V. Houston :
    Debtor(s) :
: Bankruptcy No. 15-15774-SR

**ORDER**

**AND NOW,** this _____ day of _____, 2016, upon consideration of the Supplemental Application For Compensation filed by Mike Gumbel, Counsel for Debtors, and any response thereto, said Application is GRANTED and Mike Gumbel is awarded the sum of $500.00 in additional post-confirmation attorneys' fees to be paid by the Chapter 13 Trustee.

**BY THE COURT:**

Dated: November 4, 2016

_____
**HONORABLE STEPHEN RASLAVICH,**
**U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Bankruptcy Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Mike Gumbel, Esquire
850 South 2nd Street
Philadelphia, PA 19147

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126