# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeanette V. Houston
    Debtor

BANK OF AMERICA, N.A.
    Movant
v.
Jeanette V. Houston
    Debtor
and
Frederick L. Reigle Esq.
    Trustee

Chapter 13

NO. 15-15774 SR

## ORDER

AND NOW, this 16th day of December, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6523 Ogontz Avenue Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

Judge Stephen Raslavich

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Michael Gumbel
850 South 2nd Street
Philadelphia, PA 19147

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532