United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-15774-sr
Jeanette V. Houston                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1                  Date Rcvd: Dec 16, 2016
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Jeanette V. Houston,    6523 Ogontz Avenue,    Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MICHAEL GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
       Services mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                                                TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jeanette V. Houston<br>　　　　　　　　　　Debtor<br>─────────────────────────<br>BANK OF AMERICA, N.A.<br>　　　　　　　　　　Movant<br>　　　　v.<br>Jeanette V. Houston<br>　　　　　　　　　　Debtor<br>　　　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | Chapter 13<br><br>NO. 15-15774 SR |

**ORDER**

　　AND NOW, this 16th day of December, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on it is ORDERED AND DECREED that:

　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6523 Ogontz Avenue Philadelphia, PA 19126.

　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Stephen Raslavich_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Stephen Raslavich

Jeanette V. Houston
6523 Ogontz Avenue
Philadelphia, PA 19126

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Michael Gumbel
850 South 2nd Street
Philadelphia, PA 19147

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532