UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

JEANETTE V. HOUSTON
                                                      : Bankruptcy No. 15-15774SR
         Debtor(s)                                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich* (signature)

Stephen Raslavich, B. J.

**Date: January 25, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL GUMBEL ESQ
BAINBRIDGE LAW CENTER
850 S 2ND STREET
PHILADELPHIA PA 19147-

JEANETTE V. HOUSTON
6523 OGONTZ AVENUE
PHILADELPHIA,PA.19126