United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15774-sr
Jeanette V. Houston                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jan 25, 2017
                              Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
```
db           +Jeanette V. Houston,    6523 Ogontz Avenue,    Philadelphia, PA 19126-3409
cr           +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
               Winterville, NC 28590-8872
13661684      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA 90051-5478
13676720      BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13579678     +Cavalier Telephone,    929 Marthas Way,    Hiawatha, IA 52233-2407
13579679     +Comenity Bank/Modells,    PO Box 182120,    Columbus, OH 43218-2120
13579680     +Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
13579683     +PECO,   PO Box 37629,    Philadelphia, PA 19101-0629
13579684     +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13579685     +Phila Police and Fire Rescue,    901 Arch Street,    Philadelphia, PA 19107-2404
13656398     +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa 19107-2495
13583007     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
13579687     +US Department of HUD,   c/o C&L Service Corporation,    2488 E. 81st Street, Ste 700,
               Tulsa, OK 74137-4267
13579686     +United Concordia,    PO Box 827300,    Philadelphia, PA 19182-7300
13579688     +WD Jackson & John H. Joynes Funeral Home,    840 N. 12th Street,    Philadelphia, PA 19123-1964
13585396      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
13579689     +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jan 26 2017 01:41:36     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2017 01:40:50
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2017 01:41:16     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13727481     +E-mail/Text: mgumbel@bainbridgelawcenter.com Jan 26 2017 01:40:21     Bainbridge Law Center,
               850 S. 2nd Street,    Philadelphia, PA 19147-3430
13667584      E-mail/Text: bankruptcy@phila.gov Jan 26 2017 01:41:36     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13579681     +E-mail/Text: bankruptcynotices@dcicollect.com Jan 26 2017 01:41:50     Diversified Consultants,
               PO Box 551268,    Jacksonville, FL 32255-1268
13579682     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2017 01:41:04     Midland Credit Management,
               8875 Aero Drive,    San Diego, CA 92123-2255
13603654     +E-mail/Text: bankruptcygroup@peco-energy.com Jan 26 2017 01:40:25     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13621696      E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2017 01:40:27
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13579677     ##+Bank of America,   PO Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2            Date Rcvd: Jan 25, 2017
                              Form ID: pdf900           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL   GUMBEL    on behalf of Debtor Jeanette V. Houston mgumbel@bainbridgelawcenter.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                          TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

JEANETTE V. HOUSTON
                                                        : Bankruptcy No. 15-15774SR
    Debtor(s)                                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 25, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL GUMBEL ESQ
BAINBRIDGE LAW CENTER
850 S 2ND STREET
PHILADELPHIA PA 19147-

JEANETTE V. HOUSTON
6523 OGONTZ AVENUE
PHILADELPHIA,PA.19126